| | | | Amount | Amount |
|---|---|---|---|---|
| Creditor | Claim No. | Check | Allowed | Paid |
| FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 000006 | 112 | 54.56 | 3.04 |
| ---------- Remittance Total --------------- | | | 54.56 | 3.04 |

Date: 03/23/10     DIVIDENDS REMITTED TO THE COURT     149992     Page: 1

Case Number 08-20103 - ENGLAND, CATHRINE ANN

*[signed]* ALAN J. TREINISH, TRUSTEE